# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| OCWEN FEDERAL BANK, FSB f/k/a BERKELEY FEDERAL BANK AND TRUST<br><br>Plaintiff<br><br>v.<br><br>SAMUEL RAFAEL QUILES RODRIGUEZ, et al.<br><br>Defendants | Civil No. 98-1933(SEC) |

## JUDGMENT

On September 1st, 1999 parties in the above-captioned matter filed a Joint Motion Submitting Stipulation **(Docket #14)**. Pursuant to said stipulation, whose terms are fully incorporated herein, the above-captioned action is hereby **DISMISSED WITHOUT PREJUDICE**. Judgment is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 3D day of September, 1999.

SALVADOR E. CASELLAS
United States District Judge




AO 72A
(Rev.8/82)